IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| GEORGE ROBERT DUROSE, | CV 17-111-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

I hereby recuse myself from all further proceedings in this action and hereby request that the Honorable Dana L. Christensen, Chief Judge, reassign this case.

DATED this 29th day of August 2017.

Susan P. Watters, District Judge
United States District Court