UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GEORGE ROBERT DUROSE,<br><br>                Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>  Commissioner of Social Security<br>  Administration,<br><br>                Defendant. | Case No. CV-17-111-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying Plaintiff's claim for disability insurance benefits is AFFIRMED, and Plaintiff's motion for summary judgment is DENIED.

    Dated this 30th day of September, 2018.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Judith Rhoades
                                        Judith Rhoades, Deputy Clerk